1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA SANDERS, Warden,<br><br>    Defendants. | Case No. CV 07-5354 ABC (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

IT IS ORDERED that the Motion to Dismiss brought by Defendant Linda Sanders in this action be granted; and that a Judgment be issued dismissing the entire instant action without prejudice for failure to exhaust administrative remedies prior to filing.

///
///
///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on all parties.

3

4 DATED: May 12, 2009

                                              */s/ Audrey B. Collins*

                                              AUDREY B. COLLINS
                                              United States District Judge