**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>LINDA SANDERS, Warden,<br><br>    Defendant. | Case No. CV 07-5354 ABC (JWJ)<br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting Defendant's Motion to Dismiss and dismissing the entire instant action without prejudice for failure to exhaust administrative remedies prior to filing.

DATED: May 12 2009

*Audrey B. Collins*

_____
AUDREY B. COLLINS
United States District Judge